103 A.3d 800

IN THE MATTER OF EFTHEMOIS D. VELAHOS, AN ATTORNEY AT LAW (ATTORNEY NO. 038341989).

December 12, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–055, concluding that **EFTHEMOIS D. VELAHOS** of **WOODBURY,** who was admitted to the bar of this State in 1991, should be censured for violating *RPC* 5.4(b) (partnership with a non-lawyer in the practice of law), *RPC* 5.5(a)(1) (failure to maintain liability insurance while practicing as a limited liability company and practicing law in a jurisdiction where doing so violates the regulation of the legal profession in that jurisdiction), *RPC* 8.4(b) (committing a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **EFTHEMOIS D. VELAHOS** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.